UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



| | | |
|---|---|---|
| SHARON HUBBARD,<br>　　　Plaintiff, | : | 2007 NOV 30 P 5: 08 |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3:05-cv-1514 (VLB) |
| TOTAL COMMUNICATIONS, INC.,<br>　　　Defendant. | : | |
| | : | November 30, 2007 |

### JURY VERDICT FORM

1.  **Discrimination on the Basis of Gender**

    Do you find that the defendant subjected the plaintiff to discrimination in the terms and conditions of her employment on the basis of her gender?

    _____ Yes          ___✓_____ No

    *(Please proceed to question 2)*


2.  **Retaliation**

    Do you find that the defendant retaliated against the plaintiff for having opposed discriminatory practices?

    ____✓_____ Yes          _____ No

    *(Please proceed to question 3)*


1

**3.    Retaliation**

Do you find that the defendant retaliated against the plaintiff for having

filed a claim(s) for workers compensation benefits?



_____ Yes                    _____ No


*(If you answered "Yes" to any of Question Nos. 1, 2, or 3, please proceed to the*

*section on Damages below.  If not, please sign this form and report to the Clerk)*

2

Damages

In accordance with the verdict above, the jury hereby awards the following damages to the plaintiff:

Past economic damages            $100,000

Past non-economic damages        $    0

Future economic damages          $    0

Future non-economic damages      $    0

Dated  11/30 , 2007.        _____

Name:

Jury Foreperson

3