UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHARON HUBBARD | : | |
| v. | : | CASE NO.  3:05CV1514  (VLB) |
| TOTAL COMMUNICATIONS, INC. | : | |

## JUDGMENT

This action came to trial before a jury and the Honorable Vanessa L. Bryant, United States District Judge.  The issues having been tried and the jury having returned a verdict in favor of the plaintiff,

It is hereby ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiff, Sharon Hubbard, against the defendant, Total Communications, Inc., in the amount of $150,000.00.

Dated at Hartford, Connecticut, this 4th day of December, 2007.

ROBERTA D. TABORA, CLERK

By:_____/s/_____
    Robert K. Wood
    Deputy Clerk